No. 23-2192

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NORTHERN VIRGINIA HEMP AND AGRICULTURE LLC, ET AL.,

*Plaintiffs-Appellants*,

v.

THE COMMONWEALTH OF VIRGINIA, ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Eastern District of Virginia

## OPPOSITION TO MOTION TO EXPEDITE/AMEND BRIEFING SCHEDULE

JASON S. MIYARES
  *Attorney General*

ANDREW N. FERGUSON
  *Solicitor General*
ERIKA L. MALEY
  *Principal Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile

*Counsel for Defendants-Appellees*

December 8, 2023

Appellees respectfully oppose the request to expedite or amend the briefing schedule set by this Court on November 15, 2023. ECF No. 3. Good cause does not exist to amend or expedite the briefing schedule. The briefing schedule should remain in place and Appellees' Response Brief should remain due on January 26, 2024.

Appellants challenge a law—SB903—that the General Assembly passed on February 7, 2023; that Governor Youngkin signed on March 29, 2023; and which went into effect on July 1, 2023. JA0765. Appellants waited more than five months after the Governor signed it and two months after the law went into effect to file their complaint on September 1, 2023, arguing that federal law preempted the statute, and moved for a preliminary injunction. The district court denied the request on October 30, 2023, concluding that all the preliminary injunction factors in *Winter v. National Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008), favored Appellees. JA0766. After the district court denied their request, Appellants took ten days to file a notice of appeal on November 9, 2023. JA0768. They then filed their opening brief and the joint appendix on December 7, 2023. This gave Appellants thirty-eight days from when their preliminary injunction was dismissed to draft their opening brief.

2

Appellants now ask this Court to expedite the due date for Appellees' response brief to December 27, 2023—which would give Appellees just twenty calendar days over the holiday season to respond.

Expediting the briefing schedule as requested by Appellants would conflict with Appellees' counsels' other professional responsibilities, including briefs due in this Court on December 11, 2023 in *Farabee v. Gardella*, No. 21-7220, and *Chaplick v. Virginia Department of Education*, No. 23-1854, on January 11, 2024 in *Metropolitan Washington Airports Authority v. Pan*, No. 23-1783, and on January 12, 2024 in *Lumumba v. Kiser*, No. 21-7512; in the Supreme Court of the United States on December 11, 2023 in *Walker v. Virginia*, No. 23-5505, on December 13, 2023 in *Justus v. Clarke*, No. 23A370, and on December 15, 2023 in *Johnson v. Virginia*, No. 23-5654; in the United States District Court for the Eastern District of Virginia on December 19, 2023 in *AAR v. Hudson, et al*, No. 23-cv-815; and in the Supreme Court of Virginia on December 15, 2023 in *Montalla, LLC v. Commonwealth*, No. 230365.

The requested expedited schedule would also conflict with Appellees' counsel's planned family vacation from December 25, 2023,

3

through December 29, 2023, which was planned in reliance on the briefing schedule set on November 15. The schedule also would not accommodate the Commonwealth's closure of its government for the upcoming holiday season on December 22 and 25, 2023.

Plaintiffs argue that this case needs to be expedited because of the same alleged harms they argued supported a preliminary injunction. ECF No. 19 at 2. But the district court succinctly explained why that was not the case: "Plaintiffs' allegations of harm are undercut by the delay with which they undertook filing this civil action to enjoin enforcement of SB903." JA0765; *Quince Orchard Valley Citizens Ass'n, Inc. v. Hodel*, 872 F.2d 75, 80 (4th Cir. 1989) (delay in pursuing an action may show "an absence of the kind of irreparable harm required to support a preliminary injunction"). Further, as the district court found, Plaintiffs' contentions of harm are unsupported, and the challenged provisions are fully consistent with federal law.

For these reasons, Appellees respectfully request that the Court deny the request to amend or expedite the briefing schedule.

Respectfully submitted,

By: */s/ Andrew N. Ferguson*

4

                                          ANDREW N. FERGUSON
                                            *Solicitor General*

| JASON S. MIYARES | ANDREW N. FERGUSON |
|---|---|
| *Attorney General* | *Solicitor General* |
| | ERIKA L. MALEY |
| | *Principal Deputy Solicitor General* |

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
solicitorgeneral@oag.state.va.us     *Counsel for Defendants-Appellees*

December 8, 2023

5

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 586 words. This response complies with the typeface and the type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century typeface.

*/s/ Andrew N. Ferguson*
ANDREW N. FERGUSON
*Solicitor General*

## CERTIFICATE OF SERVICE

I certify that on December 8, 2023, I electronically filed the foregoing brief with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew N. Ferguson*
ANDREW N. FERGUSON
*Solicitor General*

7