FILED: February 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2192
(1:23-cv-01177-LMB-IDD)

_____

NORTHERN VIRGINIA HEMP AND AGRICULTURE, LLC; ROSE LANE; FRANNY'S OPERATIONS, INC.

   Plaintiffs - Appellants

v.

COMMONWEALTH OF VIRGINIA; GLENN YOUNGKIN, Governor of the Commonwealth of Virginia, in his official capacity; JASON S. MIYARES, Attorney General for the Commonwealth of Virginia, in his official capacity; BOARD OF AGRICULTURE AND CONSUMER SERVICES; JOSEPH GUTHRIE, Commissioner of the Virginia Department of Agriculture and Consumer Services, in his official capacity; VIRGINIA CANNABIS CONTROL AUTHORITY; STEVE DESCANO, Commonwealth's Attorney for the County of Fairfax, in his capacity; BUTA BIBERAJ, Commonwealth's Attorney for the County of Loudoun, in her official capacity; BRYAN L. PORTER, Commonwealth's Attorney for the City of Alexandria, in his official capacity; AMY ASHWORTH, Commonwealth's Attorney for the County of Prince William, in her official capacity; PARISA DEHGHANI-TAFTI, Commonwealth's Attorney for the County of Arlington and the City of Falls Church, in her official capacity; SCOTT C. HOOK, Commonwealth's Attorney for the County of Fauquier, in his official capacity; BRYAN CAVE, Commonwealth's Attorney for the County of Page, in his official capacity; R. ALLEN NASH, Commonwealth's Attorney for the County of Mecklenburg, in his official capacity; KRYSTYN REID, Commonwealth's Attorney for the County of York and the City of Poquoson, in her official capacity; VINCENT DONOGHUE, Commonwealth's Attorney for the County of Essex, in his official capacity; COOPER BROWN, Commonwealth's Attorney for the County of Franklin, in his official capacity; DIANA WHEELER O'CONNELL, Commonwealth's Attorney for the County of Orange, in her official capacity; MEGAN L. CLARK, Commonwealth's Attorney

for the County of Prince Edward, in her official capacity; MICHAEL T. HURD, Commonwealth's Attorney for the County of Middlesex, in his official capacity; R. E. CHALKLEY, Commonwealth's Attorney for the County of Hanover, in his official capacity; COLIN D. STOLLE, Commonwealth's Attorney for the City of Virginia Beach, in his official capacity; MARC ABRAMS, Commonwealth's Attorney for the County of Page, in his official capacity; MEREDITH ADKINS, Commonwealth's Attorney for the County of King and Queen, in her official capacity; JOHN R.H. ALEXANDER, Commonwealth's Attorney for the County of Botetourt, in his official capacity; GERALD D. ARRINGTON, Commonwealth's Attorney for the County of Buchanan, in his official capacity; KEMPER M. BEASLEY, III, Commonwealth's Attorney for the County of Buckingham, in his official capacity; ANTON A. BELL, Commonwealth's Attorney for the City of Hampton, in his official capacity; JOHN S. BELL, Commonwealth's Attorney for the County of Warren, in his official capacity; CLARISSA BERRY, Commonwealth's Attorney for the County of Madison, in her official capacity; TRAVIS BIRD, Commonwealth's Attorney for the County of Spotsylvania, in his official capacity; WILLIAM BLAINE, Commonwealth's Attorney for the County of Brunswick, in his official capacity; DAYNA KENDRICK BOBBITT, Commonwealth's Attorney for the County of Patrick, in her official capacity; JONATHAN BOURLIER, Commonwealth's Attorney for the County of Dinwiddie, in his official capacity; TOM C. BOWEN, III, Commonwealth's Attorney for the County of Mathews, in his official capacity; THOMAS E. BOWERS, Commonwealth's Attorney for the City of Salem, in his official capacity; BRANDON BOYLES, Commonwealth's Attorney for the County of Grayson and City of Galax, in his official capacity; ERIC BRANSCOM, Commonwealth's Attorney for the County of Floyd, in his official capacity; ROGER D. BROOKS, Commonwealth's Attorney for the County of Carroll and the City of Galax, in his official capacity; TIFFANY BUCKNER, Commonwealth's Attorney for the City of Petersburg, in her official capacity; DONALD S. CALDWELL, Commonwealth's Attorney for the City of Roanoke, in his official capacity; W. LYLE CARVER, Commonwealth's Attorney for the County of Amherst, in his official capacity; D. MICHAEL CAUDILL, Commonwealth's Attorney for the County of Goochland, in his official capacity; ROBERT CERULLO, Commonwealth's Attorney for the County of Powhatan, in his official capacity; ALFRED G. COLLINS, Commonwealth's Attorney for the City of Colonial Heights, in his official capacity; EDWIN CONSOLVO, Commonwealth's Attorney for the County of Greene, in his official capacity; ERIC A. COOKE, Commonwealth's Attorney for the City of Franklin and the County of Southampton, in his official capacity; H. FULLER CRIDLIN, Commonwealth's Attorney for the County of Lee, in his official capacity; JOSHUA CUMBOW, Commonwealth's Attorney for the County of Washington,

in his official capacity; STACEY DAVENPORT, Commonwealth's Attorney for the County of Chesterfield, in her official capacity; DEREK DAVIS, Commonwealth's Attorney for the County of Surry, in his official capacity; STEVEN C. DAVIS, Commonwealth's Attorney for the County of Wise and the City of Norton, in his official capacity; MELISSA A. DOWD, Commonwealth's Attorney for the County of Highland, in her official capacity; MATTHEW DUNNE, Commonwealth's Attorney for the County of Craig, in his official capacity; JOHN DUSEWICZ, Commonwealth's Attorney for the County of Gloucester, in his official capacity; JOSH O. ELROD, Commonwealth's Attorney for the City of Buena Vista, in his official capacity; ROY F. EVANS, Commonwealth's Attorney for the County of Smyth, in his official capacity; RAMIN FATEHI, Commonwealth's Attorney for the City of Norfolk, in his official capacity; DANIEL FELLHAUER, Commonwealth's Attorney for the County of Scott, in his official capacity; SUSAN FIERRO, Commonwealth's Attorney for the County of Prince George, in her official capacity; LESLIE M. FLEET, Commonwealth's Attorney for the County of Appomattox, in his official capacity; JEFFREY GAINES; ANN GARDNER, Commonwealth's Attorney for the County of Alleghany and the City of Covington, in her official capacity; MASHA L. GARST, Commonwealth's Attorney for the County of Rockingham and the City of Harrisonburg, in her official capacity; ARTHUR L. GOFF, Commonwealth's Attorney for the County of Rappahannock, in his official capacity; WILLIAM E. GREEN, Commonwealth's Attorney for the County of Charlotte, in his official capacity; NATHAN GREEN, Commonwealth's Attorney for the County of James City and the City of Williamsburg, in his official capacity; JUSTIN GRIFFITH, Commonwealth's Attorney for the County of Pulaski, in his official capacity; KERI GUSMANN, Commonwealth's Attorney for the County of King George, in her official capacity; HOWARD E. GWYNN, Commonwealth's Attorney for the City of Newport News, in his official capacity; JEFFREY HAISLIP, Commonwealth's Attorney for the County of Fluvanna, in his official capacity; G. ANDY HALL, Commonwealth's Attorney for the City of Martinsville, in his official capacity; MATTHEW R. HAMEL, Commonwealth's Attorney for the City of Chesapeake, in his official capacity; WENDY J.D. HANNAH, Commonwealth's Attorney for the County of Cumberland, in her official capacity; LEE RANDOLPH HARRISON, Commonwealth's Attorney for the County of Amelia, in his official capacity; BETHANY HARRISON, Commonwealth's Attorney for the County of Lynchburg, in her official capacity; ROBERT HASKINS, Commonwealth's Attorney for the County of Pittsylvania, in his official capacity; BEN HEIDT, Commonwealth's Attorney for the County of Caroline, in his official capacity; JAMES HINGELEY, Commonwealth's Attorney for the County of Albermarle, in his official capacity; BRIAN HOLOHAN, Commonwealth's Attorney for the County of Roanoke, in his official

capacity; ELIZABETH K. HUMPHRIES, Commonwealth's Attorney for the City of Fredericksburg, in her official capacity; MICHAEL D. JONES, Commonwealth's Attorney for the County of Wythe, in his official capacity; DAVID L. LEDBETTER, Commonwealth's Attorney for the City of Waynesboro, in his official capacity; ROBERT M. LILLY, JR., Commonwealth's Attorney for the County of Giles, in his official capacity; TIM MARTIN, Commonwealth's Attorney for the County of August, in his official capacity; TRACY QUACKENBUSH MARTIN, Commonwealth's Attorney for the County of Halifax, in her official capacity; PAUL A. MCANDREWS, Commonwealth's Attorney for the County of Campbell, in his official capacity; COLETTE WALLACE MCEACHIN, Commonwealth's Attorney for the City of Richmond, in her official capacity; R. E. MCGUIRE, Commonwealth's Attorney for the County of Louisa, in his official capacity; JARED L. MOON, Commonwealth's Attorney for the City of Lexington and the County of Rockbridge, in his official capacity; STEPHANIE MORALES, Commonwealth's Attorney for the City of Portsmouth, in her official capacity; J. SPENCER MORGAN, Commonwealth's Attorney for the County of Accomack, in his official capacity; WESLEY NANCE, Commonwealth's Attorney for the County of Bedford, in his official capacity; ANDREW NESTER, Commonwealth's Attorney for the County of Henry, in his official capacity; JOSH NEWBERRY, Commonwealth's Attorney for the County of Dickenson, in his official capacity; RICHARD NEWMAN, Commonwealth's Attorney for the City of Hopewell, in his official capacity; MICHAEL NEWMAN, Commonwealth's Attorney for the City of Danville, in his official capacity; ERIC L. OLSEN, Commonwealth's Attorney for the County of Stafford, in his official capacity; MARY K. PETTITT, Commonwealth's Attorney for the County of Montgomery, in her official capacity; GEORGETTE PHILLIPS, Commonwealth's Attorney for the County of Isle of Wight, in her official capacity; JAMES CHRISTOPHER PLASTER, Commonwealth's Attorney for the County of Tazewell, in his official capacity; JOSEPH D. PLATANIA, Commonwealth's Attorney for the City of Charlottesville, in his official capacity; NARENDRA PLEAS, Commonwealth's Attorney for the City of Suffolk, in her official capacity; CHRISTIAN EDWARD REHAK, Commonwealth's Attorney for the City of Radford, in his official capacity; T. SCOTT RENICK, Commonwealth's Attorney for the County of New Kent, in his official capacity; VINCENT L. ROBERTSON, Commonwealth's Attorney for the County of Sussex, in his official capacity; DANIEL RUTHERFORD, Commonwealth's Attorney for the County of Nelson, in his official capacity; JULIA HUTT SICHOL, Commonwealth's Attorney for the County of Westmoreland, in her official capacity; JOHN C. SINGLETON, Commonwealth's Attorney for the County of Bath, in his official capacity; ANTHONY G. SPENCER, Commonwealth's Attorney for the County of Lancaster, in his official capacity;

ROSS P. SPICER, Commonwealth's Attorney for the County of Frederick, in his official capacity; JORDAN SPIERS, Commonwealth's Attorney for the County of Lunenburg, in her official capacity; ZACHARY A. STOOTS, Commonwealth's Attorney for the County of Russell, in his official capacity; SHANNON L. TAYLOR, Commonwealth's Attorney for the County of Henrico, in her official capacity; JACK ARNOLD THORNTON, III, Commonwealth's Attorney for the County of Northampton, in his official capacity; ELIZABETH A. TRIBLE, Commonwealth's Attorney for the County of Richmond, in her official capacity; ROBERT H. TYLER, Commonwealth's Attorney for the County of Charles City, in his official capacity; PAUL WALTHER, Commonwealth's Attorney for the County of Culpeper, in his official capacity; LEANNE WATROUS, Commonwealth's Attorney for the County of Nottoway, in her official capacity; PATRICIA TAYLOR WATSON, Commonwealth's Attorney for the County of Greensville, in her official capacity; TIFFANY M. WEBB, Commonwealth's Attorney for the County of King William, in her official capacity; PATRICK D. WHITE, Commonwealth's Attorney for the County of Bland, in his official capacity; ANNE MCCARDELL WILLIAMS, Commonwealth's Attorney for the County of Clarke, in her official capacity; AMANDA MCDONALD WISELEY, Commonwealth's Attorney for the County of Shenandoah, in her official capacity; JERRY ALLEN WOLFE, Commonwealth's Attorney for the City of Bristol, in his official capacity; JANE WRIGHTSON, Commonwealth's Attorney for the County of Northumberland, in her official capacity; HEATHER HOVERMALE, In her official capacity as the Commonwealth's Attorney for the City of Winchester; KYLE KILGORE, In his official capacity as the Commonwealth's Attorney for the County of Scott; M. BRETT HALL, In his official capacity as the Commonwealth's Attorney for the County of Wise and the City of Norton

        Defendants - Appellees

------------------------------

AMERICAN TRADE ASSOCIATION FOR CANNABIS AND HEMP

        Amicus Supporting Appellee

_____

O R D E R

_____

American Trade Association For Cannabis And Hemp has filed an amicus

curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk